## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division


Paulette Roberson

                                     Plaintiff,

v.                                                           Case No.: 1:09–cv–07634
                                                             Honorable Ruben Castillo

Midland Credit Management

                                     Defendant.

_____


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, November 3, 2010:


        MINUTE entry before Honorable Ruben Castillo:Settlement conference held in chambers on 11/3/2010. Plaintiff Paulette Roberson attended the settlement conference and accepted the Court's added language to the parties' settlement agreement. This added language will result in a dismissal with prejudice if accepted by the defendant. The Court will hold a status hearing in open court on 11/24/2010 at 10:00 a.m. unless a stipulation dismissing this action with prejudice is filed on or before 11/23/2010. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.