UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
11-24-2010
NOV 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Paulette Roberson
**Plaintiff(s)**

Case No. 1:09-CV-07634

V.

Midland Credit Management Inc
**Defendant(s)**

I want to bring my Credit Report Voice recordings and emails and if I can get in time Jcpenny latter saying I don't have an account with them I will call Mastercard to, to see if they can help me since my Lawyers don't want to go to court and some names and numbers from McM I didnt write down every time they called me, I should have. and the settlement parts I didn't agree with. F, H, 2, 4, 5, 6, 7, 8, 10, 11. I want to change the amount to $100,000.00 or $75,000.00

Paulette Roberson 11-24-10