# United States District Court
## Northern District of Illinois
### Eastern Division

Paulette Roberson  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 09 C 7634

Midland Credit Management

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the parties have settled this lawsuit on numerous occasions and the Court will enforce the settlement.
This cause of action is dismissed in its entirety. There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 5/24/2011  _____
/s/ Ruth O'Shea, Deputy Clerk